Decided October 1, 1996

## CITY OF STAMFORD ET AL. *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 42 Conn. App. 39 (AC 15139), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the plaintiff, the city of Stamford, failed to establish that the McGuigan report was exempt from disclosure under either General Statutes § 1-19 (b) (4) or General Statutes § 1-19b (b) (1)?"

The Supreme Court docket number is SC 15531.

*Kenneth B. Povodator,* assistant corporation counsel, in support of the petition.

*Victor R. Perpetua,* in opposition.

Decided October 1, 1996